FILED
AUG - 9 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ADRIAN MOON,

    Petitioner,

    v.

P.L. VASQUEZ, Warden,

    Respondent.

Case No. CV 12-2456-RGK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 9, 2012



R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY