JS - 6/ENTER

FILED
AUG - 9 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON, | Case No. CV 12-2456-RGK (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| P.L. VASQUEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 9, 2012

R. Gary Klausner
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY